# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

ANTWONE STOKES,　　　　　　　　　　No. 2:19-cv-1873 KJN P

　　　　Plaintiff,

　v.

GANTS,　　　　　　　　　　　　　　**<u>AMENDED</u>**
　　　　　　　　　　　　　　　　　　**ORDER & WRIT OF HABEAS CORPUS**
　　　　Defendant.　　　　　　　　　**AD TESTIFICANDUM**
_____/

Antwone Stokes, CDCR # F-42809, a necessary and material witness in a settlement conference in this case on February 10, 2020, is confined in the California Correctional Institution (CCI), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Allison Claire, by video conference from his place of confinement, to the U. S. District Court, Courtroom #26, 501 I Street, Sacramento, California 95814, on Monday, February 10, 2020, at 9:00 a.m.

　　　　　　　　　　ACCORDINGLY, IT IS ORDERED that:

1. This shall amend the writ issued December 13, 2019.

2. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

3. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

4. Counsel for defendant, the assigned Deputy Attorney General, shall confirm with the prison no less than two days prior to the settlement conference that the prison's video-conference equipment will connect to the court's system. Any difficulties shall immediately be reported to Valerie Callen, Courtroom Deputy, at (916) 930-4199.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CCI, P. O. Box 1031, Tehachapi, California 93581:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Claire at the time and place above, by video conference, until completion of the settlement conference or as ordered by the court.

////
////

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: January 3, 2020

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stok1873.841(b)