1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANTWONE STOKES                          No.  2:19-cv-1873 CSK P

12                  Plaintiff,

13        v.                                   ORDER

14    GANTS,

15                  Defendant.

16

17        Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant

18    to 42 U.S.C. § 1983.  This action closed on March 12, 2020.  (ECF No. 29.)  Pending before the

19    Court is plaintiff's request for refund of filing fees filed January 6, 2025.  (ECF No. 31.)

20    Although this action is closed, the Court will address plaintiff's request for refund of filing fees.

21    **Plaintiff is advised that no orders will issue in response to future filings by plaintiff because**

22    **this action is closed.**  For the following reasons, plaintiff's request for refund of filing fees is

23    denied.

24        On September 6, 2019, plaintiff filed a complaint and an application to proceed in forma

25    pauperis.  (ECF Nos. 1, 2.)  On September 23, 2019, the Court ordered service of plaintiff's

26    complaint on defendant Gants and granted plaintiff's application to proceed in forma pauperis.

27    (ECF No. 12.)  In granting plaintiff's application to proceed in forma pauperis, the Court ordered

28    that plaintiff was required to pay the statutory filing fee of $350.00 for this action.

1

1    28 U.S.C. §§ 1914(a), 1915(b)(1).  (Id.)  By separate order, the Court directed the California

2    Department of Corrections and Rehabilitation ("CDCR") to collect twenty percent of the

3    preceding month's income credited to plaintiff's prison trust account and forward it to the Clerk

4    of the Court each time the amount in plaintiff's account exceeded $10.00 until the filing fee was

5    paid in full.  28 U.S.C. § 1915(b)(2).  (ECF No. 13.)

6          On February 10, 2020, a settlement conference was held in this action.  (ECF No. 27.)

7    This action settled.  (Id.)  On March 11, 2020, the parties filed a stipulation for voluntary

8    dismissal with prejudice and this action was dismissed.  (ECF Nos. 28. 29.)

9          On January 6, 2025, plaintiff filed the pending request for refund of filing fees.  (ECF No.

10    31.)  In this request, plaintiff alleges that he was recently charged the filing fee for the instant

11    action although the filing fee was waived.  (Id.)  Plaintiff alleges that he settled the instant action

12    and does not understand why he is being charged the filing fee.  (Id.)  Plaintiff alleges that if he

13    was required to pay the filing fee, the money for the fee would have been deducted from the

14    settlement money he received in 2020.  (Id.)  Plaintiff attaches to his motion a copy of a

15    document titled "Inmate Obligation History."  (Id. at 4.)  This document reflects the following

16    withdrawals from plaintiff's trust account for payment of the filing fee in the instant action:

17    1) withdrawal of $71.41 on June 1, 2020; 2) withdrawal of $2.70 on July 1, 2020; and

18    3) withdrawal of $2.83 on September 1, 2020.  (Id.)

19          Plaintiff is informed that he is obligated to pay the $350.00 filing fee for this action even

20    though the Court granted plaintiff's in forma pauperis application and plaintiff settled this action.

21    Plaintiff is also informed that Court records reflect the three payments toward the filing fee listed

22    in the document titled "Inmate Obligation History."  Plaintiff is informed that he owes $273.06

23    for the filing fee in this action.  This Court has no specific information regarding the application

24    of plaintiff's settlement money toward the filing fee for the instant action.  For the reasons

25    discussed above, plaintiff's request for refund of his filing fee is denied.

26          In the pending motion, plaintiff also seeks a refund of money paid toward the filing fee in

27    another action plaintiff filed in this court, case no. 2:19-cv-2496 AC.  Court records reflect that

28    plaintiff filed a request for refund of filing fees in 2:19-cv-2496 AC.  Plaintiff's request for filing

1  fees paid in 2:19-cv-2496 AC will be addressed by the court in 2:19-cv-2496 AC.

2        Accordingly, IT IS HEREBY ORDERED that plaintiff's request for refund of filing fees

3  (ECF No. 31) is denied.

4

5  Dated:  January 23, 2025

6  _____

7  CHI SOO KIM
   UNITED STATES MAGISTRATE JUDGE

8

9

10  Stokes1873.ord/2

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28